| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Ruth B. | Supreme Court of the United States | May 10, 2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | Nomination, Date<br>Initial ☐ ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/10 to 12/31/10 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Ginsburg, Ruth B.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| See Attachment A | | |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. See Attachment A | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Attachment B | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. ... | May 10, 2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

$\boxed{X}$ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

$\boxed{X}$ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## FINANCIAL DISCLOSURE REPORT
### Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | May 10, 2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy; sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account – Morgan Guaranty Trust Co., NYC | | NONE | L | T | | | | | |
| 2. Checking account – (interest bearing) – PNC Bank, DC | A | INT. | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. JP Morgan Intermediate Tax Free Income Fund | E | INT. (and capital gains) | P1 | T | | | | | |
| 7. JP Morgan Prime Money Market Fund (y) | | INT. | N | T | redemption | 8/2010 | P1 | A | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. Class A shares and Class B shares in AVI Holding Corp. | | NONE | J | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | May 10, 2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. 7.5500% general partner interest in Wegona 1974 Associates, which holds a 1.08116% limited partnership interest in Starrett City Associates; this limited partnership constructed and operates a housing project in New York City. | D | rent, int. | M | W | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)

A =$1,000 or less
F =$60,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $60,000
O =$500,001 - $1,000,000

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

E =$15,001 - $50,000

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | May 10, 2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 15. 17.5% general partnership interest in Wegama 1975, which holds a 16.660% limited partnership interest in Regency III Associates which constructed and operates an apartment project in Richardson, TX (y) | | NONE | | | Disposition prior to 2010 No value at time of disposition | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. TIAA/CREF Retirement Accounts (including IRA) (contribution made while law school professor and roll-overs to IRAs from other retirement accounts) | A | INT. and CREF portfolio appreciation (accrues in acct. prior to distribution) | P1 | T | partial distrib. | 12/1 | L | F | |
| 19. TIAA/CREF Retirement Accounts (including roll-overs to IRAs from other retirement accounts) | A | INT. and CREF portfolio appreciation (accrues in acct. prior to distribution) | P2 | | bequest | 2010 | P2 | A | |
| 20. | | | | | | | | | |
| 21. Fried, Frank, Harris, Shriver & Jacobson (law firm); Value is cash balance retirement plan account plus unfunded retirement account at year end | A | INT. (accrues in acct. prior to retirement) | N | T | law firm pension distribution | beginning of each month | J | B | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   O =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

# FINANCIAL DISCLOSURE REPORT

## Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | May 10, 2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 22. | | | | | | | | | |
| 23. Martin D. Ginsburg, P.C., a professional corporation (legal services) which until 3/1/09 was counsel to Fried, Frank, Harris, Shriver & Jacobson (Value is equity value of P.C. plus unfunded retirement account at year end) | salary and pension (reflected in answer to Q III) | | 0 | U,W | cash: dividend distrib. | various | N | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

1. Income Gain Codes:     A –$1,000 or less          B –$1,001 - $2,500          C –$2,501 - $5,000          D –$5,001 - $15,000          E –$15,001 - $50,000
   (See Columns B1 and D4)     F –$50,001 - $100,000          G –$100,001 - $1,000,000          H1 –$1,000,001 - $5,000,000          H2 –More than $5,000,000
2. Value Codes     J –$15,000 or less          K –$15,001 - $50,000          L –$50,001 - $100,000          M –$100,001 - $250,000
   (See Columns C1 and D3)     N –$250,001 - $500,000          O –$500,001 - $1,000,000          P1 –$1,000,001 - $5,000,000          P2 –$5,000,001 - $25,000,000
                              P3 –$25,000,001 - $50,000,000          P4 –More than $50,000,000

| FINANCIAL DISCLOSURE REPORT<br>Page 4 of 6 | Name of Person Reporting<br><br>Ginsburg, Ruth B. | Date of Report<br><br>May 10, 2011 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. TIAA – CREF Mutual Funds | C | INT.<br>DIV.,<br>Appreci-<br>ation | N | T | | | | | |
| 33. TIAA – CREF Mutual Funds | E | INT.<br>DIV.,<br>Appreci-<br>ation | O | T | Transferred to Estate of<br>Justice's Spouse | | | | |
| 34. Loan secured by ▓▓▓ ▓▓ of French Civil Real Estate Company, ▓▓▓▓▓▓ Paris, France (y) | E | INT. | | | Bequest | 6/27/10 | O | A | |
| 35. Loan secured by mortgage on ▓▓▓▓ property ▓▓▓▓▓ Chicago, IL ▓▓▓ (y) | E | INT. | | | Bequest | 6/27/10 | O | A | |
| 36. Loan secured by mortgage on residential property, ▓▓▓▓▓ Chicago, IL (x)(y) | A | INT. | | | Buy<br>Bequest | 5/3/10<br>6/27/10 | N<br>N | A<br>A | |
| 37. Loan secured by mortgage on residential property, ▓▓▓▓▓ Chicago , IL (x)(y) | A | INT. | | | Buy<br>Bequest | 6/24/10<br>6/27/10 | O<br>N | ·<br>A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Column C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | May 10, 2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets; or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 38. JP Morgan Total Return Select Fund (x) | D | DIV. | M | T | Buy | 2010 | M | | |
| 39. JP Morgan Short Duration Bond Fund (x) | D | DIV., INT. | P1 | T | Buy | 2010 | M | | |
| 40. JP Morgan Tax Aware Disciplined Equity (x) | A | DIV. | M | T | Buy | 2010 | M | | |
| 41. JP Morgan Market Expansion (x) | A | DIV. | M | T | Buy | 2010 | M | | |
| 42. JP Morgan Emerging Markets (x) | A | DIV. | M | T | Buy | 2010 | M | | |
| 43. JP Morgan Investment Cash (x) | A | INT. | K | T | Buy | 2010 | K | | |
| 44. Life Insurance proceeds (x)(y) | A | INT. | | | Redemption | 6/27/10 | P1 | A | |
| | | | | | Distribution | 2010 | P1 | A | |
| 45. MetLife ▨ shares (x) (y) | A | DIV. | J | T | Transferred to Estate of Justice's Spouse | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | May 10, 2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

GINSBURG, RUTH B.              **ATTACHMENT A**              5/10/11

## III. Non-Investment Income

| | Source and Type | Gross Income |
|---|---|---|
| (S) | Georgetown University (Professor of Law — Salary) | — |
| (S)+(J) | Martin D. Ginsburg, P.C. (Professional Corporation - Law Salary and Pension) | — |
| (S)+(J) | Fried, Frank, Harris, Shriver and Jacobson (Law firm — Fees for legal services furnished January - June 2010 and Pension) | — |

## ATTACHMENT B

IV. Reimbursements and Gifts

Travel in 2010 (air tickets, lodging, and meals provided by
organizations inviting Ruth Bader Ginsburg to participate
in professional or educational programs)

92nd Street Y
New York, NY

January 28 - Interview participant

Southern Methodist Univ.
Dedman School of Law
Dallas, TX

February 7-10 - Participant in U.S.-European Legal Exchange
held at the Court of Justice of the European Communities,
Luxembourg

The Law Commission
London, UK

February 10-12 - Presented 2010 Leslie Scarman Lecture

New York University
School of Law
New York, NY

April 14 - Speaker at Annual Survey of American Law
Dedication to Professor Arthur Miller

Princeton University
Princeton, NJ

June 1 - Recipient of Honorary Degree

The Aspen Institute
Aspen, CO

July 6-10 - Aspen Ideas Festival participant

American Bar Association
San Francisco, CA

August 8-10 - Recipient of ABA Medal at Annual Meeting

The Women's Conference
Long Beach, CA

October 25-26 - Speaker at Conference hosted by
Governor Arnold Schwarzenegger and First Lady Maria Shriver

Tau Epsilon Rho
Law Society
Naples, FL

December 26-30 - Recipient of the Benjamin Nathan Cardozo Award
and interview participant